In the Matter of LAWRENCE D. CHESLER, an Attorney.—A certified copy of a judgment of conviction of Lawrence D. Chesler, an attorney, in the Supreme Court, Monroe County, of the crime of grand larceny, second degree, and criminal facilitation, second degree, having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.

WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v ARTHUR CROSSLEY, Appellant.—Motion for reargument granted, and upon the decision of the Court of Appeals in *Matter of Parker v Stage* (43 NY2d 128) order of this court affirming the order of Wayne County Family Court of November 12, 1976 vacated, and order of Wayne County Family Court reversed and petition of Wayne County Department of Social Services for reimbursement from respondent for public assistance granted to his emancipated daughter under 21 years of age, under subdivision 1 of section 101 of the Social Services Law denied and dismissed without costs. Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.